1  RICHARD MAC BRIDE, SB# 199695
   LAW OFFICES OF RICHARD A. MAC BRIDE
2  865 Marina Bay Parkway, Suite 43
3  RICHMOND, CA 94804
   Phone 415-730-6289
4  Fax 510-439-2786
   Attorney for Victor Vityapron
5  And Soontaree Vityapron

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Samuel Love, | ) Case Number 19-1869 JSC |
|---|---|
| Plaintiff, | ) ANSWER OF DEFENDANTS VICTOR VITYAPRON AND SOONTAREE VITYAPRON |
| Vs. | ) |
| Victor Vityapron, et al., | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

Defendants Victor Vityapron and Soontaree Vityapron, through their attorney Richard A. Mac Bride, hereby responds to the Complaint herein. Defendants reserves the right to amend, add, or strike affirmative defenses due to any inadvertence, pursuant to applicable law. Defendants further reserves the right to raise affirmative defenses and admit such at trial, which may be subsequently discovered, pursuant to applicable law.

The answers below correspond to the paragraphs in the Complaint.

1. Defendants are without knowledge or information to form a basis regarding this allegation, and on this basis, deny.
2. Admit.
3. Admit.
4. Admit.
5. Admit.
6. Admit.

7. Admit.
8. This answering defendant is without knowledge or information to form a basis regarding this allegation, and on this basis, denies.
9. Admit.
10. Respondents admit that supplemental jurisdiction exists in the law.
11. Admit.
12. This answering defendant is without knowledge or information to form a basis regarding this allegation, and on this basis, denies.
13. Admit.
14. Admit.
15. Admit.
16. Deny. The property is compliant with the ADA and the California Building Code. It has been repaired and inspected by a CASp expert after plaintiff's alleged visit.
17. This answering defendant is without knowledge or information to form a basis regarding this allegation, and on this basis, denies.
18. Deny.
19. This answering defendant is without knowledge or information to form a basis regarding this allegation, and on this basis, denies.
20. Deny. The property is now compliant.
21. This answering defendant is without knowledge or information to form a basis regarding this allegation, and on this basis, denies.
22. Deny. Plaintiff can return. The property is in compliance.
23. Deny. The property is in compliance.
24. No response needed. This is a repleading of prior paragraphs.
25. Respondents admit that the law is the law.
26. Respondents admit that the law is the law.
27. Respondents deny that accessible parking was lacking.
28. Deny.
29. Admit that the law is the law.
30. Deny.

Answer to Complaint 19-1869 JSC - U.S. District Court Northern Dist. CA

-2-

31. No response needed. This is a repleading of prior paragraphs. Respondents admit that the law is the law.
32. Respondents admit that the law is the law.
33. Deny.
34. Deny liability.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
(Lack of Jurisdiction due to mootness)

1. AS A FIRST, SEPARATE, AND DISTINCT AFFIRMATIVE DEFENSE, defendants allege lack of jurisdiction due to mootness, because there is no live case or controversy regarding plaintiff's demands for injunctive relief, because access improvements in regard to the disability access barriers complained of in the complaint are complete, and so the barriers complained of in the complaint no longer exist.

### SECOND AFFIRMATIVE DEFENSE
(Not a bona fides customer)

2. AS A SECOND, SEPARATE, AND DISTINCT AFFIRMATIVE DEFENSE, defendant alleges that the complaint, and each purported claim for relief alleged therein, is barred because plaintiff was not a bona fides customer of the business, and does not intend to return, such that this court cannot grant a remedy that will prevent future harm. Instead, if plaintiff visited the business, it was not with the purpose of buying goods and services, but rather with the sole purpose of instituting the instant litigation, and without intention to return.

WHEREFORE, these answering defendants prays for judgment against plaintiff as follows:

1. That plaintiff take nothing by reason of this complaint;
2. For such costs and expenses of suit incurred herein;
3. Reasonable attorney's fees and costs according to proof;
4. For such other and further relief as the Court may deem just and proper.

___

Answer to Complaint 19-1869 JSC - U.S. District Court Northern Dist. CA

-3-

Date: June 17, 2019

/s/ Richard A. Mac Bride
Richard A. Mac Bride
Attorney for defendants Victor Vityapron and Soontaree Vityapron

## DEMAND FOR JURY TRIAL

Defendant hereby demands a jury trial.

Date: June 17, 2019

/s/ Richard A. Mac Bride
Richard A. Mac Bride
Attorney for defendants Victor Vityapron and Soontaree Vityapron

## VERIFICATION

I, Victor Vityapron, and I, Soontaree Vityapron, are defendants in the above-entitled action. We have read the foregoing answer, and we know the contents thereof. The same is true to our own knowledge, except as to those matters that are alleged on information and belief, and as to those matters, we believe them to be true.

We verify under penalty of perjury that the foregoing is true and correct.

Date: June 17, 2019  Victor Vityapron          /s/ Victor Vityapron

Date: June 17, 2019 Soontaree Vityapron        /s/ Soontaree Vityapron

I attest that the original signature of the person whose electronic signature is shown above is maintained by me, and that her concurrence in the filing of this document and attribution of her signature was obtained.

/s/ Richard A. Mac Bride
Richard A. Mac Bride

Answer to Complaint 19-1869 JSC - U.S. District Court Northern Dist. CA

-4-