United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>              Plaintiff,<br><br>    v.<br><br>VICTOR VITYAPRON, et al.,<br><br>              Defendants. | Case No. 19-cv-01869-JSC<br><br>**ORDER RE: PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Re: Dkt. No. 14 |

On June 17, 2019, Plaintiff filed a motion for administrative relief requesting extension of time to complete service on Defendants Victor Vityapron and Soontaree Vityapron. (Dkt. No. 14.) Plaintiff's motion is moot, however, because Defendants Vityapron filed an Answer to the Complaint earlier that same day. (*See* Dkt. No. 11.) Accordingly, the Court DENIES the motion as moot.

This Order disposes of Docket No. 14.

**IT IS SO ORDERED.**

Dated: June 19, 2019

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge