UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VICTOR VITYAPRON, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-01869-JSC<br><br>**ORDER RE: SEVERANCE OF NON-APPEARING DEFENDANT** |

　　　　Plaintiff and Defendants Victor Vityapron and Soontaree Vityapron have appeared in this matter and consented to the jurisdiction of the undersigned magistrate judge pursuant to 28 U.S.C. § 636. (Dkt. Nos. 7 & 13.) On June 4, 2019, Plaintiff filed a motion for entry of default as to non-appearing defendant Z & F Auto Repair and Used Auto Sales Corporation, (Dkt. No. 9), which the Clerk of Court entered on June 11, 2019, (Dkt. No. 10.) Because all parties have not appeared and consented to magistrate jurisdiction, the undersigned lacks jurisdiction over this action. *See Williams v. King*, 875 F.3d 500, 504 (9th Cir. 2017) (holding that magistrate jurisdiction "cannot vest until the court has received consent from all parties to an action.").

　　　　Under these circumstances, the appearing parties have two options. First, the Court can reassign this action to a United States District Judge who can rule on all matters through final judgment. Second, with the consent of the appearing parties the Court can sever the non-appearing defendant. Plaintiff and the non-appearing defendant would then be parties in a separate but related action that would be given a new case number but still assigned to the undersigned judge. Plaintiff could then file its motion for default judgment as to the non-appearing defendant at the appropriate time, and this Court would issue a report and recommendation on that motion and assign the matter to a district court judge. No additional filing fee would be required. The Court has no preference as to how the parties should proceed.

Accordingly, on or before June 28, 2019, the appearing parties shall advise the Court how they would like to proceed.

**IT IS SO ORDERED.**

Dated:  June 19, 2019

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge