UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>  v.<br><br>VICTOR VITYAPRON, et al.,<br><br>    Defendants. | Case No. 19-cv-01869-JSC<br><br>**REASSIGNMENT ORDER** |

Plaintiff and Defendants Victor Vityapron and Soontaree Vityapron have appeared in this matter and consented to the jurisdiction of the undersigned magistrate judge pursuant to 28 U.S.C. § 636. (Dkt. Nos. 7 & 13.) On June 4, 2019, Plaintiff filed a motion for entry of default as to non-appearing defendant Z & F Auto Repair and Used Auto Sales Corporation, (Dkt. No. 9), which the Clerk of Court entered on June 11, 2019, (Dkt. No. 10.) Because all parties have not appeared and consented to magistrate jurisdiction, the undersigned lacks jurisdiction over this action. *See Williams v. King*, 875 F.3d 500, 504 (9th Cir. 2017) (holding that magistrate jurisdiction "cannot vest until the court has received consent from all parties to an action."). On June 19, 2019, the Court issued an Order regarding possible severance of the non-appearing defendant, explaining that the appearing parties could either consent to such severance, or the Court could reassign the matter to a district court judge. (Dkt. No. 16 at 1.)

Defendants Vityapron responded to the Court's Order and consented to severing the non-appearing defendant. (Dkt. No. 17.) However, Plaintiff responded that he "does not seek severance . . . as it is not in any party's interest." (Dkt. No. 18 at 1.) Accordingly, the Clerk of Court is directed to REASSIGN this action to a district court judge.

**IT IS SO ORDERED.**

Dated: July 1, 2019

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge